IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ ESTHER CLAUDIO GONZÁLEZ<br><br>Plaintiff,<br><br>v.<br><br>SCOTIABANK DE PUERTO RICO, INC., TROY K. WRIGHT, in his personal capacity and as co-administrator of his Conjugal Legal Partnership with Wilma Woe; WILMA WOE as co-administrator of their Conjugal Legal Partnership with Troy Wright; JOHN AND JANE DOW<br><br>Defendants<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF R-G PREMIER BANK<br><br>Intervenor-Defendant | CIVIL NO. 12-1116(CCC)<br><br>RE:<br><br>AGE DISCRIMINATION; UNJUST DISMISSAL; DAMAGES |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
OF CLAIMS BASED ON SETTLEMENT AGREEMENT

To the Honorable Court:

COME NOW all parties in the above captioned case, through their undersigned attorneys, and most respectfully state the following:

1. A Settlement Agreement has been reached between Plaintiff Luz Esther Claudio González and Defendants Scotiabank of Puerto Rico and the Federal Deposit Insurance Corporation, as receiver of R-G Premier Bank, which disposes of the present case in its entirety.

2. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the voluntary dismissal, with prejudice, of all of Plaintiff's claims against Defendants.

3. The parties agree that they will not seek additional costs or legal fees against the other parties

WHEREFORE, it is respectfully requested that this Honorable Court take note of the dismissal of this action and that a judgment be entered dismissing the case with prejudice.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of February, 2013

| ATTORNEYS FOR PLAINTIFF<br>LUZ ESTHER CLAUDIO GONZÁLEZ<br><br>**GONZÁLEZ MUÑOZ LAW OFFICES**<br>PO Box 9024055<br>San Juan, Puerto Rico  00902-4055<br>Tel. 787-766-5052<br>Fax 787-766-5551<br><br>S/Juan Rafael González-Muñoz<br>JUAN RAFAEL GONZÁLEZ MUÑOZ<br>USDC-PR NO. 202312<br>polonorteorlaw@gmail.com<br>jrgmlaw@gmail.com<br><br><br>**LAW OFFICE OF CARLOS VERGNE**<br>24 Mariana Bracetti St., 2nd Floor<br>San Juan, PR 00918<br>Tel. 787-753-3799<br>Fax 787-759-8429<br><br>S/Carlos M. Vergne-Vargas<br>CARLOS M. VERGNE VARGAS<br>USDC-PR NO. 209611<br>carlosvergne@aol.com | ATTORNEYS FOR DEFENDANTS<br>SCOTIABANK OF PUERTO RICO,<br>TROY WRIGHT, his wife BIANCA WRIGHT, both in their personal capacity and as co-administrators of their conjugal partnership<br><br>**GOLDMAN ANTONETTI & CÓRDOVA, PSC**<br>PO Box 70364<br>San Juan, Puerto Rico 00936-8364<br>Tel. (787) 759-8000, Exts. 2228, 2270<br>Fax (787) 767-9333<br><br>S/Luis F. Antonetti-Zequeira<br>LUIS F. ANTONETTI ZEQUEIRA<br>USDC-PR NO. 120911<br>lantonetti@gaclaw.com<br><br>S/Ángel L. Berberena<br>ANGEL L. BERBERENA<br>USDC-PR NO. 215312<br>aberberena@gaclaw.com<br><br><br>**ATTORNEYS FOR INTERVENOR-DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION**<br><br>**SCHUSTER AGUILÓ LLP**<br>PO Box 363128<br>San Juan, Puerto Rico  00936-3128<br><br>S/Ana B. Rosado-Frontanés<br>ANA B. ROSADO-FRONTANÉS<br>USDC-PR NO. 224506<br>arosado@salawpr.com |
|---|---|