IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ ESTHER CLAUDIO-GONZALEZ<br>Plaintiff<br>vs<br>SCOTIABANK DE PUERTO RICO; TROY K. WRIGHT, in his personal capacity and as co-administrator of his conjugal legal partnership with Wilma Woe; WILMA WOE, as co-administrator of her conjugal legal partnership with Troy Wright; JOHN DOE and JANE DOE<br>Defendants<br>vs<br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver and real party in interest for R-G PREMIER BANK OF PUERTO RICO<br>Intervenor-Defendant | CIVIL 12-1116CCC |

**JUDGMENT**

Having considered the Joint Stipulation for Voluntary Dismissal of Claims Based on Settlement Agreement filed by the parties on February 21, 2013 (**docket entry 29**), the same is NOTED and GRANTED. Accordingly, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice, and without the imposition of costs or attorney's fees.

The pretrial/settlement conference set for May 2, 2013 and jury trial set for August 7, 2013 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 25, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge